# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1333

_____

VICTOR HICKS,

   Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, MARK S. INCH,

   Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 21, 2019


PER CURIAM.

The petition for writ of mandamus is denied on the merits. *See Clark v. Nichols M. N. P.*, 225 So. 3d 416 (Fla. 1st DCA 2017) (holding that to be entitled to mandamus relief compelling a ruling on a pending matter, a petitioner must demonstrate that he has noticed the matter for hearing in the lower tribunal).

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Victor Hicks, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.